

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS
### AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Hon. Pat R. Bobo
County Attorney
Bailey County
Muleshoe, Texas

Dear Sir:

Opinion No. O-7307

Re: Purchase of chemicals for
eradication of Johnson grass
and other obnoxious weeds in
barrow-pits of county roads.

We are in receipt of your letter of recent date request-
ing the opinion of this department on the above stated matter. We
quote from your letter as follows:

"Bailey County desires to purchase large quantities
of poison chemicals for the purpose of poisoning Johnson
grass and other obnoxious weeds along the borrow-pit of
the county roads. I will appreciate it if you will ad-
vise me if the county commissioners have the authority
to purchase such poison, and from which fund or funds
they may purchase same."

We assume from your letter that it is contemplated that
the proposed purchase of chemicals for eradicating Johnson grass
and other obnoxious weeds is to be used exclusively within the boun-
daries of the county road right-of-way.

We call your attention to the following statutory provis-
ions:

"Article 2351* * * *

"Each commissioners court shall:

"* * * *

"6. Exercise general control over all roads,
highways, ferries and bridges in their counties."

"Article 6736. Road and bridge funds.

"All moneys appropriated by law, or by order
of the commissioners court, for working public
roads or building bridges, shall be expended under

-- -- -- ---------- AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

the order of the commissioners court, except when
otherwise herein provided, and said court shall
from time to time make the necessary orders for
utilizing such money and for utilizing convict
labor for such purposes. (Const., art. 16, sec.
24)."

"Article 6741. Powers of court.

"The commissioners court may make and en-
force all reasonable and necessary rules and
orders for the working and repairing of public roads,
and to utilize the labor to be used and money expended
thereon, not in conflict with the laws of this State.
Said court may purchase or hire all necessary road
machinery, tools or teams, and hire such labor as may
be needed in addition to the labor required of citizens
to build or repair the roads."

Under the foregoing provisions, the commissioners court is
given broad discretion with respect to the manner of working, re-
pairing or maintaining public roads. It has been generally held
that the commissioners court has the implied power to use such means
as may be necessary and reasonable to carry out the powers delegated
to said court by law. (Cottle County v. McClintock & Robertson, Civ.
App., 150 S.W. (2d) 134, error dismissed; Galveston County v. Gresham
220 S.W. 560, writ refused; Hidalgo County Improvement District No. 2
v. Feick, Tex. Civ. App., 111 S.W. (2d) 742, writ dismissed; Cherokee
County v. Odom, Tax Coll., 118 Tex. 288, 15 S.W. (2d) 538; Von Rosen-
burg v. Lovatt, 173 S.W. 508; Roper v. Ball, 280 S.W. 289; and Federal
Royalty Co. v. State, 42 S.W. (2d) 670).

In view of the above and foregoing, it is our opinion that
it is within the sound discretion of the commissioners court to deter
mine the most feasible method for working, repairing or maintaining
public roads. If the commissioners court, in its sound discretion,
determines that it is necessary for the proper working and maintenanc
of public roads to eradicate Johnson grass and other obnoxious weeds
in the barrow-pits and that the use of chemicals is the most feasible
or practical method of eradicating same, it is our opinion that the
commissioners court is authorized to purchase such chemicals out of
the road and bridge funds of the county. You are further advised tha
before any funds may be expended for the above mentioned purposes,
such expenditures must have been legally authorized in the county bud
get.

Hon. Pat R. Bobo - Page 3


        We trust that the above and foregoing will satisfactorily
answer your inquiry.

                                Yours very truly

                            ATTORNEY GENERAL OF TEXAS

                            By  J. A. Ellis
                                J. A. Ellis
                                Assistant

JAE:djm          APPROVED

(Acting)  W. V. Geppert